IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10052
Conference Calendar
_____


VERLIE LEE HENDERSON,

Plaintiff-Appellant,

versus

MEDICAL DEPARTMENT, ET AL.,

Defendants-Appellees.

----------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:96-CV-115
----------------------
June 16, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Verlie Lee Henderson, Texas inmate #199786, seeks to proceed in forma pauperis (IFP) in the appeal of the dismissal of his civil rights complaint. The district court certified pursuant to Fed. R. App. P. 24(a) that Henderson's appeal was not taken in good faith. Henderson's motion for IFP is treated as a challenge to the district court's certification. See Baugh v. Taylor, 117 F.3d 197, 202 (5th Cir. 1997).

Because Henderson fails to show that he will raise a meritorious issue on appeal, his motion to proceed IFP is DENIED.

_____

[*] Pursuant to 5TH CIR. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. 47.5.4.

See Varnado v. Lynaugh, 920 F.2d 320, 321 (5th Cir. 1991); Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983). Henderson's motions to consolidate, for the appointment of counsel, and for judicial notice are also DENIED. Because the appeal is frivolous, it is DISMISSED. 5th Cir. R. 42.2.